

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 4938 | **DATE** | 4/12/2002 |
| **CASE TITLE** | Lashauna Buckley etc. Vs. Mount Sinai Hospital etc. et al. | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

> Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. The motion to reconsider is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | APR. 1 2 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 19 |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 02 MAY 12 PM 2:13 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LASHAUNA BUCKLEY, mother and )
next friend of CHLOYE DOUGLAS, )
a minor, )
)
Plaintiff, )
)
vs. ) No. 01 C 4938
)
MOUNT SINAI HOSPITAL MEDICAL )
CENTER, et al., )
)
Defendants. )

DOCKETED

APR 1 2 2002

MEMORANDUM OPINION AND ORDER

On October 10, 2001, we remanded the case to state court, finding no federal

jurisdiction upon the representation of the United States that defendant Dr. Godwin Onyema

was not a federal employee. Dr. Onyema has moved to reconsider, pointing out that the

government successfully contended in Alexander v. Mount Sinai Hospital Medical Center of

Chicago, 00 C 2907, before Judge Kocoras, that he was a federal employee. Judge Kocoras

there rested upon the fact that Dr. Onyema was the sole shareholder and employee of his

medical practice corporation and signed the contract on behalf of his corporation.

The government's position is succinct: it made a mistake in Alexander in deeming Dr.

Onyema a federal employee, and its decisions there and here are not reviewable. Plaintiff

contends that Dr. Onyema's motion comes too late; he has been actively defending the state

court case since before his motion to reconsider.

We believe that the government's position may be reviewable to a limited extent, as Del

Valle v. Sanchez, 170 F.Supp. 2d 1254, 1267-68 (S.D. Fla. 2001) indicates, and the motion is at

least technically timely.  But, as <u>Del Valle</u> also indicates, courts are wary of substituting their

judgment for that of the Department of Health and Human Services.  The Department has

reverted to a bright line standard, only contractors are deemed federal employees, and that

is a reasonable construction we believe compelled to follow.  The motion is denied.

JAMES B. MORAN
Senior Judge, U. S. District Court

April 12 , 2002.